UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE M. SPURLIN and MARY SPURLIN,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION (sued individually and as successor-in-interest to BUFFALO PUMPS, INC., et al.,<br><br>Defendants. | Case No. 19-cv-2049-AJB-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

IT IS HEREBY ORDERED that the Order of Dismissal set forth below dismissing Plaintiff's claims against AIR & LIQUID SYSTEMS CORPORATION, Successor by merger to BUFFALO PUMPS, INC., without prejudice and without fees or costs to either party, under the authority of Fed. R. Civ. Proc. 41(a)(2). *The Clerk is directed to withdraw doc. No. 266, as it is moot, in light of the notice withdrawing doc. No. 263.*

IT IS SO ORDERED.

Dated: February 24, 2022

Hon. Anthony J. Battaglia
United States District Judge

-1-

19cv2049